UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:06-CR-5002 |
| | ) | |
| HENRY ANTHONY HALL | ) | |

**O R D E R**

This supervised release revocation matter came before the Court on June 18, 2007, for a hearing in regard to whether or not the defendant has violated the terms of his supervised release. The defendant stipulated that he has violated the terms of his supervised release by the following:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **General Condition : While on supervised release, the defendant shall not commit another federal, state or local crime.**<br><br>On March 2, 2007, he pled guilty pled guilty to 3 counts in Docket No. 06CR331 in Hamblen County, Tennessee, and was sentenced as follows:<br>Count 1-Theft of property over $10,000  5 years<br>Count 2-Evading arrest 11 mos. 29 days<br>Count 3-Driving on a revoked license 11 mos. 29 days<br>with all counts to run concurrently. |
| 2 | **General Condition: The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.** |

On June 2, 2006, the defendant submitted a urine screen which tested positive for cocaine.

Therefore, the Court FINDS that the defendant is guilty of Violation Numbers 1 and 2.

It is undisputed that the defendant's violation guideline range is from twenty-one (21) to twenty-four (24) months and that his statutory maximum sentence is twenty-four (24) months. Considering the factors set out in 18 U.S.C. § 3553(a), the Court finds that these factors and any combination of the facts have been taken into account by the guideline range. Considering the circumstances of his violations and his extensive history of criminal conduct, as well as his twenty-four (24) month sentence in NO. 2:04-CR-16 out of this court, the Court FINDS that a sentence of twelve (12) months is "a sentence sufficient but not greater than necessary, to comply with the purposes" of 18 U.S.C. § 3553(a)(2).

Accordingly, it is hereby **ORDERED** that the defendant's term of supervised release is revoked and he is sentenced to serve a term of twelve (12) months of incarceration which will not be followed by any additional term of supervised release. This sentence shall be served consecutively to his sentence in Docket No. 06CR331 out of Hamblen County, Tennessee, and consecutively to his sentence in NO. 2:04-CR-16 out of the United States District Court for the Eastern District Tennessee.

It is further **ORDERED** that the defendant submit to DNA testing. It is also **ORDERED** that the defendant **REMANDED** to the custody of the United States

Marshal. It is **RECOMMENDED** he be designated to the federal facility at Lexington, Kentucky for the service of his sentence.

    ENTER:

                                                      s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE